UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ATLAS, | No. 2:17-cv-00286 AC P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 20, 2017, the court determined that his complaint failed to state a cognizable claim and dismissed it with leave to amend within thirty days. ECF No. 5. That deadline passed and, on July 28, 2017, the court entered an order which afforded plaintiff a final thirty days to submit an amended complaint. ECF No. 8. On August 10, 2017, plaintiff filed objections to the July 28 order in which he stated that he had never received the June 20 order and, consequently, was unaware of the opportunity or deadline for filing an amended complaint. ECF No. 9 at 1-2. He speculates that mailroom staff at the California Medical Facility may be interfering with his mail. Id.

     In light of plaintiff's objections, the court will direct that a second copy of the June 20 order be sent to him and it will extend the deadline for filing an amended complaint accordingly. It is THEREFORE ORDERED that:

1. The Clerk of Court shall send plaintiff a copy of the court's June 20, 2017 order (ECF No. 5);

2. Plaintiff shall have thirty days from the date of this order's entry to submit an amended complaint in accordance with June 20, 2017 order; and

3. If plaintiff believes he needs additional time to submit an amended complaint, he may submit a motion for a reasonable extension of time.

IT IS SO ORDERED.

DATED: August 15, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE